CP:TDK
F# 2008R01527/NY-NYE-573

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ORAL FFRENCH
    also known as
    "Franklin Jerome Miller" and
    "Son Son,"
ANTOINE ENGLISH,
    also known as "Twon,"
ASANTE WALKER,
    also known as "Trife,"
BENNY PAYNE,
GERALD SPEARS,
    also known as "G"
    and "Doggie,"
KEVIN EDWARDS,
    also know as "Cheezy,"
LAURENCE PETERSON,
    also knows as "L,"
ANTOINE McCRORERY
    also known as "Twon,"
TROY STORMS and
MICHAEL BENIE,

        Defendants.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 02 2008 ★
BROOKLYN OFFICE

INDICTMENT
Cr. No. _____
(T. 21, U.S.C., §§ 841(b)(1)(A)(iii) and 846; T. 18, U.S.C., §§ 2 and 3551 et seq.)

TOWNES, J.

- - - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

COUNT ONE

        In or about and between April 2008 and August 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants ORAL FFRENCH, also known as "Franklin Jerome Miller" and "Son Son," ANTOINE

ENGLISH, also known as "Twon," ASANTE WALKER, also known as "Trife," BENNY PAYNE, GERALD SPEARS, also known as "G" and "Doggie," KEVIN EDWARDS, also know as "Cheezy," LAURENCE PETERSON, also knows as "L," ANTOINE McCRORERY, also known as "Twon," TROY STORMS and MICHAEL BENIE, together with others, did knowingly and intentionally conspire to distribute and possess with the intent to distribute a controlled substance, which offense involved 50 grams or more of a substance containing cocaine base, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(iii); Title 18, United States Code, Sections 3551 et seq.)

3

## COUNT TWO

On or about August 6, 2008, within the Eastern District of New York and elsewhere, the defendants TROY STORMS and MICHAEL BENIE, together with others, did knowingly and intentionally attempt to distribute and possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a substance containing cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(iii); Title 18, United States Code, Sections 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

ORAL FFRENCH, also known as "Franklin Jerome Miller" and "Son Son," ANTOINE ENGLISH, also known as "Twon," ASANTE WALKER, also known as "Trife," BENNY PAYNE, GERALD SPEARS, also known as "G" and "Doggie," KEVIN EDWARDS, also know as "Cheezy," LAURENCE PETERSON, also knows as "L," ANTOINE McCRORERY, also known as "Twon," TROY STORMS and MICHAEL BENIE,

Defendants.

# INDICTMENT

(T. 21, U.S.C., §§ 846 and 841(b)(1)(A)(iii); T. 18, U.S.C., §§ 2 and 3551 et seq)

*A true bill.*

_____ / _____
                                                    *Foreman*

*Filed in open court this* __2nd__ *day,*
*of* __September__ *A.D. 20* _0_ _8_

_____
                                                    *Clerk*

*Bail, $* _____

_____

*Todd Kaminsky, Assistant U.S. Attorney (718-254-6367)*