CP:TDK
F# 2008R01527/NY-NYE-573

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

 - against -

ORAL FFRENCH
 also known as
 "Franklin Jerome Miller" and
 "Son Son,"
ANTOINE ENGLISH,
 also known as "Twon,"
ASANTE WALKER,
 also known as "Trife,"
BENNY PAYNE,
GERALD SPEARS,
 also known as "G"
 and "Doggie,"
KEVIN EDWARDS,
 also know as "Cheezy,"
LAURENCE PETERSON,
 also knows as "L,"
ANTOINE McCRORERY
 also known as "Twon,"
TROY STORMS,
MICHAEL BENIE,
SEAN MATTHEWS and
AARON FERGUSON,

   Defendants.

- - - - - - - - - - - - - - - - -X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 08-610 (S-1)(SLT)
(T. 21, U.S.C., §§
841(b)(1)(A)(iii) and
846; T. 18, U.S.C., §§ 2
and 3551 et seq.)

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Distribute Cocaine Base)

In or about and between April 2008 and August 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants ORAL FFRENCH,

also known as "Franklin Jerome Miller" and "Son Son," ANTOINE ENGLISH, also known as "Twon," ASANTE WALKER, also known as "Trife," BENNY PAYNE, GERALD SPEARS, also known as "G" and "Doggie," KEVIN EDWARDS, also know as "Cheezy," LAURENCE PETERSON, also knows as "L," ANTOINE McCRORERY, also known as "Twon," TROY STORMS, MICHAEL BENIE, SEAN MATTHEWS and AARON FERGUSON, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a substance containing cocaine base, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(iii); Title 18, United States Code, Sections 3551 et seq.)

3

## COUNT TWO
(Attempt to Distribute Cocaine Base)

On or about August 6, 2008, within the Eastern District of New York and elsewhere, the defendants TROY STORMS and MICHAEL BENIE, together with others, did knowingly and intentionally attempt to distribute and possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a substance containing cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(iii); Title 18, United States Code, Sections 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#2008R01527/NY-NYE-573

No. Cr. No. 08-610

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

ORAL FFRENCH, also known as "Franklin Jerome Miller" and "Son Son," ANTOINE ENGLISH, also known as "Twon," ASANTE WALKER, also known as "Trife," BENNY PAYNE, GERALD SPEARS, also known as "G" and "Doggie," KEVIN EDWARDS, also know as "Cheezy," LAURENCE PETERSON, also knows as "L," ANTOINE McCRORERY, also known as "Twon," TROY STORMS, MICHAEL BENIE, SEAN MATTHES AND AARON FERGUSON

Defendants.

# INDICTMENT

(T. 21, U.S.C., §§ 846 and 841(b)(1)(A)(iii); T. 18, U.S.C., §§ 2 and 3551 et seq)

*A true bill.*

_____
Foreman

Filed in open court this ___23rd___ day, of ___Sept___ A.D. 20_08_

_____
Clerk

Bail, $ _____

*Todd Kaminsky, Assistant U.S. Attorney (718-254-6367)*